DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LANADIEAL N. ASHE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-1634

[June 24, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 561995CF003045C.

Lanadieal N. Ashe, Ocala, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Cynthia L. Comras, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We reverse the trial court's order denying appellant's motion for postconviction relief and remand this matter for further proceedings consistent with *Falcon v. State,* 40 Fla. L. Weekly S151 (Fla. Mar. 19, 2015), and *Horsley v. State,* 160 So. 3d 393 (Fla. 2015).

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*